BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD ADELE,<br><br>              Plaintiff,<br><br>vs.<br><br>LYLE JACOB DUNN, JR., and R.W. JACKS TRUCKING CO.; and DOES I-X, and ROE CORPORATIONS, I-X, inclusive,<br><br>              Defendants. | CASE NO.  2:12-cv-00597-LDG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CLIFFORD ADELE, and Defendants, LYLE JACOB DUNN, JR. and R.W. JACKS TRUCKING CO. , by and through their respective attorneys of record, that the above-entitled Action be dismissed with

/ / /

/ / /

/ / /

/ / /

1

prejudice. Each party to bear their own costs and fees.

Dated this __19__ day of __July__, 2013                    Dated this __19__ day of __July__, 2013

STEPHENSON & DICKINSON                                      STOVALL & ASSOCIATES

By: _____                                 By: _____
BRUCE SCOTT DICKINSON, ESQ.                                 Leslie Mark Stovall, Esq.
Nevada Bar No.: 002297                                      Nevada Bar No.: 002566
MICHAEL E. HOTTMAN, ESQ.                                    Jared B. Anderson, Esq.
Nevada Bar No.: 008501                                      Nevada Bar No.: 009747
2820 West Charleston Blvd., Suite B-19                      2301 Palomino Lane
Las Vegas, NV  89102                                        Las Vegas, NV  89107
P: 702- 474-7229                                            T: 702-258-3034
F: 702-474-7237                                             F: 702-253-0093
*Attorneys for Defendants*                                  *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED** this __24__ day of __July__, 2013.

_____
**United States District Judge**
Lloyd D. George